Leroy, Hilberto Zubiate
401 South 2nd
Lamesa Texas 79331

CAUSE # 13,612-A         Pg. 1 of 2.
7-19-2023

AUG 25 2023 AM 8:43
FILED - USDC - NDTX - LU

5:23-CV-195-C   LAW SUIT 4/S 1983 SEC.

I Leroy, Hilberto Zubiate have been in the Dawson County Jail at 401 South 2nd Lamesa Tx. 79331 Since May 13th 2023 for the above cause # I had a parole violation however parole only has 41 days to do what they need to today makes 114 days todays date is Aug 22, 2023. I told Judge Mr. Kevin Clayton's Zoom meeting about the 41 day rule & law he stated that it did not start untill the above cause # was dismissed. However cause # 13,612-A has been dismisse so theirfor I ask that every day from May 13th 2023 through Aug 9th, 2023 be paid back to me for fals imprisonment, pain and suffering, crule and unusual punishment and for charging me for medications, commisary too expensive, grievences, medical requests and inmate request, not being viewed properly, changed from grievance to regular request and negligence to my medical needs.

It's too expensive for doctors visits and Johnny Sauseda said my family have to pay for doctors visits befor and all befor taking me to the doctor dental and eye doctor. I am asking for $65,000.00 for the above charges that are fake and dismissed. Because of that I am still here on 114 days and the 41 day rule law has not been concidered till after Aug. 9th 2023.

LEROY HILBERTO ZUBIATE

I, LEROY HILBERTO ZUBIATE, HAVE BEEN IN THE LUBBOCK COUNTY JAIL AT 901 SOUTH 2ND LUBBOCK TX 79457 SINCE APRIL 13rd 2023 FOR THE ABOVE CAUSE # I HAD A PAROLE VIOLATION HOWEVER PAROLE ONLY HAS 47 DAYS TO DO WHAT THEY NEED TO TEXAS MAKES HIS DAYS TODAYS DATE IS AUG 22, 2023, I TOLD JUDGE MR. KEVIN HART'S LAW INTERN ABOUT THE 47 DAY RULE'S LAW HE STATED THAT 27 DID NOT START UNTILL THE ABOVE CAUSE WAS DISMISSED. HOWEVER CAUSE # 13,412-A HAS BEEN PENDING SO THEREFOR I ASK THAT EVERY DAY FROM APRIL 13rd, 2023 THROUGH AUG 9th, 2023 BE PAID BACK TO ME FOR PAIN'S I'M SUFFERING FROM HAD SUFFERING CAUSE ALSO LAWSUIT INVOLVEMENT AND FOR CHARGING ME FOR FRIVOLOUS COPIES/FEES, TOO EXPENSIVE GRIEVENCES, INDECENT REGULATIONS (I HAVE REQUESTED BATH POPULATION) PROGRAM. OFFICIALS HAVE OPPORTUNITIES TO RESTORE REQUEST AND ATTEMPTED TO FIX PERSONAL NEEDS. TX TOO EXPENSIVE FOR BASICS. VISITS AND PERSONAL SUPPORT SUITS MY FAMILY HAVE TO PAY FOR PICTURES, VISITS, BOOKS AND ALL BOOKS THROUGH TO THE LAREDO BOOKS AND GIVE DOCTOR, I AM ASKING FOR #15,000,000 FOR THE ABOVE CHARGES THAT ARE REAL AND PRESENT BECAUSE OF THAT TO ALSO STILL HEREBY ON THE ABOVE AND THE 47 DAY RULE LAW HAS NOT BEEN ENFORCED FROM APRIL AUG 9th 2023.

THEIR FOR I ASK THAT I BE GRANTED THE $65,000.00 FOR FALSE INPRISONMENT ? FOR PAIN AND SUFFERING AND FOR ALL OTHER RESTRICTED LIBERTIES SUCH AS THE ABOVE CHARGE AFTER DISMISSED IT'S STILL BEING USED AGAINST ME AND HELD AGAINST ME FOR VIOLATION OF PAROLE AND PUBLIC RECORDS NEWS PAPERS AND ECT. PLEASE HELP ME FILE THE PROPER PAPER WORK FOR LAW SUE. CIVIL RIGHTS VIOLATION, GOV CODE VIOLATION, TEXAS PENAL CODE, TEX RULES OF COURTS FOR COUNTY AND PAROLE COURT

RESPECTFULLY SUBMITTED
PRO SE, LEROY HILBERTO ZUBIATE
*[signature]*
401 SOUTH 2ND ST.
LAMESA TX. 79331

HOME ADDRESS
301 NE 4TH ST.
LAMESA TX. 79331

Leroy Huberto Zubiate
Dawson Co. Sheriff's Jail
401 South 2nd St,
Lamesa Tx. 79331

**INMATE CORRESPONDENCE**

LUBBOCK TX 794
22 AUG 2023 PM 1 L

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave., Room 209
Lubbock, Tx. 79401

79401-402755

Legal Mail

AUG 25 2023 AM 9:37
REC'D - USDC - NDTX - LU

Legal Mail